## *United States District Court for the Northern District of Illinois*

Case Number: 08CV664                     Assigned/Issued By: J. N.

Judge Name: _____              Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _2-4-08_ as to URBAN TITLE AND CARPET CORP.
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05