# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.

Docket Number: 08 C 664

Assigned Judge: Hibbler

Designated Magistrate Judge: Cox

v.

URBAN TILE AND CARPET CORP.

TO: Urban Tile and Carpet Corp.
Mr. Richard W. Urban
Registered Agent
60 S. Will Road
Diamond, IL 60416

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank A. Marco
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk

(by) Deputy Clerk

FEB - 4 2008

Date

GRUNDY CO S.O.

RECORD OF CIVIL PROCESS

DOCKET NUMBER: 08-0221
CASE NUMBER: 08C664
DIE DATE: 02/27/08
PERSONAL SERVICE ONLY: YES

SERVICE FEE: 72
PAID BY: CHECK/CASH
BILLED_____ DATE:_____

TYPE OF DOCUMENT: SUMMONS & COMPLAINT

PERSON TO SERVE: URBAN, MR. RICHARD
RESIDENCE OR BUSINESS ADDRESS: 60 S. WILL RD.
DIAMOND IL
URBAN TILE & CARPET CORP.

RE: CHICAGO TILE INS.
COPY MAILED: DATE:

DATES AND TIMES OF ATTEMPTED SERVICES:

1) DATE:_____ TIME:_____ DEPUTY:_____ #_____
2) DATE:_____ TIME:_____ DEPUTY:_____ #_____
3) DATE:_____ TIME:_____ DEPUTY:_____ #_____
4) DATE:_____ TIME:_____ DEPUTY:_____ #_____
5) DATE:_____ TIME:_____ DEPUTY:_____ #_____

NOTIFICATION CARD LEFT: ____YES ____NO   DATE:_____ TIME:_____

SERVICE INFORMATION:

PERSON SERVED: 1) Richard W Urban Jr
SIGNATURE
DATE OF BIRTH: 12-28-65

2) _____
SIGNATURE
DATE OF BIRTH: _____

3) _____
SIGNATURE
DATE OF BIRTH: _____

MALE X FEMALE___   RACE: WHITE X  BLACK___ HISPANIC___ OTHER___ MILEAGE___

RELATIONSHIP TO DEFENDANT: SELF X  SPOUSE___ MEMBER OF FAMILY___ EXPLAIN:_____

ADDRESS SERVED: SAME

DESCRIPTION OF BLDG OR HOUSE:_____   DATE SERVED: 02-11-08
TIME: 0956   DEPUTY SIGNATURE: Tim Bobowski #695
ATTY: Stern Process   DATE RETURNED: ATTY 2-12-08   COURT FILE_____
CHECK RETURNED TO ATTY: YES___ NO___   AMOUNT: 72   CHECK NO: 9220